Court, Appellate Division, Second Department. December 31, 1913.) Action by Dora Lattey against the Corse Payton Amusement Company. No opinion. Judgment and order unanimously affirmed, with costs.

LAWRENCE BROS., Inc., v. CHIANGONE. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by Lawrence Bros., Incorporated, against Rose Chiangone. No opinion. Motion for an injunction and a stay of proceedings denied, with $10 costs and temporary stay vacated.

LAZARUS, Respondent, v. McCONVILLE et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by Maxwell Lazarus against Mary Agnes McConville and others. No opinion. Judgment affirmed, with costs.

LEE, Respondent, v. LAVIGNA, Appellant. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Henry Lee against Frederick Lavigna. No opinion. Judgment and order of the County Court of Westchester County unanimously affirmed, with costs. See, also, 144 N. Y. Supp. 1125.

LEE, Respondent, v. LAVIGNE, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by Henry Lee against Frederick Lavigne. No opinion. Motions denied, without costs. See, also, 144 N. Y. Supp. 1125.

LEISE, Respondent, v. ROCHESTER, S. & E. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) Action by Florence Leise, as administratrix, etc., against the Rochester, Syracuse & Eastern Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals (from 143 N. Y. Supp. 1126), denied, with $10 costs.

LEONE v. GRAY et al. (Supreme Court Appellate Division, Second Department. November 14, 1913.) Action by Edward J. Leone, an infant, etc., against William L. Gray and John C. Cole, as Marshal of the City of New York. No opinion. Order affirmed, with $10 costs and disbursements.

LEVITSKY, Respondent, v. BROWN et al., Appellants. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by Isaac Levitsky against Samuel Brown and others. L. B. Boudin, of New York City, for appellants. S. Berzick, of New York City, for respondent. No opinion. Order modified, by striking out the provision for the appointment of a referee, and, as so modified, affirmed, without costs. Settle order on notice. See, also, 143 N. Y. Supp. 1127.

LEVY v. JOLINE et al. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Appeal from Trial Term, New York County. Action by Walter Levy against Adrian H. Joline and another, as receivers. From a judgment on a verdict for plaintiff, and from an order denying a motion for new trial, defendants appeal. Reversed and dismissed. Bayard H. Ames, of New York City, for appellants. John W. Smith, of New York City, for respondent.

PER CURIAM. The judgment and order should be reversed, with costs to the appellants, and the complaint dismissed, with costs, upon the ground that a lack of probable cause was not proved by the plaintiff; on the contrary, the evidence established the fact that the defendants had probable cause for the charge made.

LEVY v. UNION SMOKED FISH CO. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Harry Levy against the Union Smoked Fish Company. No opinion. Motion denied, with leave to renew as stated in order. Order filed.

LEWIS, Appellant, v. BISHOP, Respondent. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by William B. Lewis against Charles F. Bishop. J. B. Kilsheimer, of New York City, for appellant. W. A. Barber, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

LINDHOLM, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) Action by Lottie Lindholm against the City of Buffalo. No opinion. Judgment affirmed, with costs.

LINTIG, Appellant, v. JENKINS et al., Respondents. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by Henry Lintig against Helen H. Jenkins and others. G. H. D. Foster, of New York City, for appellant. H. A. Cushing, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

LIPSCHITZ v. BERKOWITZ. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Samuel Lipschitz against Herman Berkowitz. No opinion. Motion granted. Settle order on notice. See, also, 143 N. Y. Supp. 1127, 1128.

LOBLE, Respondent, v. NINTH ST. GARAGE, Appellant. (Supreme Court, Appellate Division, First Department. November 21, 1913.) Action by Pauly Loble against the Ninth Street Garage. H. M. Schaap, of New York City, for appellant. No opinion. Judgment reversed, with costs, and demurrer over-